| | |
|---|---|
| BERRY SILBERBERG STOKES PC<br>JOSHUA C. STOKES, State Bar No. 220214<br>CAROL M. SILBERBERG, State No. 217658<br>6080 Center Drive, Sixth Floor<br>Los Angeles, CA 90045<br>Telephone: (213) 986-2690<br>Facsimile: (213) 986-2677<br>jstokes@berrysilberberg.com<br>csilberberg@berrysilberberg.com<br><br>*Attorneys for Direct Action Health Plan Plaintiffs Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; and Triple-S Salud, Inc.*<br><br>Daniel A. Sasse<br>Joanna M. Fuller<br>Tiffanie L. McDowell<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Telephone: (949) 263-8400<br>Facsimile: (949) 263-8414<br>DSasse@crowell.com<br>JFuller@crowell.com<br>TMcDowell@crowell.com<br><br>Kent A. Gardiner (*pro hac vice forthcoming*)<br>CROWELL & MORNING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>KGardiner@crowell.com<br><br>*Attorneys for Plaintiff Aetna Inc.; Attorneys for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; Health Care Service Corporation, a Mutual Legal Reserve Company; and Triple-S Salud, Inc.* | Heather M. Burke (SBN 284100)<br>WHITE & CASE LLP<br>3000 El Camino Real s<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br>Email: hburke@whitecase.com<br>*Attorney for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*<br><br>DANIEL B. ASIMOW (SBN 165661)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: 415.471.3100<br>Facsimile: 415.471.3400<br>daniel.asimow@arnoldporter.com<br>*Attorneys for Defendants*<br>*BRISTOL-MYERS SQUIBB COMPANY &*<br>*E. R. SQUIBB & SONS, L.L.C.*<br><br>Christopher T. Holding (*pro hac vice forthcoming*)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>Email:  CHolding@goodwinlaw.com<br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.*<br><br>(Additional Counsel for Defendants Listed on Signature Page)<br><br>Paul J. Riehle (SBN 115199)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>paul.riehle@faegredrinker.com<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7521<br>*Attorney for Defendants Janssen R&D Ireland, Janssen Products, LP and Johnson & Johnson*<br><br>(Additional Counsel for Defendants Listed on Signature Page) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STALEY, *et al.*, | Case No. 3:19-cv-02573-EMC |
| Plaintiffs, | **AMENDED** |
| | **JOINT STIPULATION AND** |
| v. | ~~**[PROPOSED]**~~ **ORDER ON ADOPTION** |
| | **OF PRIOR ORDERS** |
| GILEAD SCIENCES, INC., *et al.*, | |
| Defendants. | Ctrm:    5 – 17th Floor |
| | Judge:   Honorable Edward M. Chen |

THIS DOCUMENT RELATES TO :

This Document Relates to: 3:21-cv-09620, 4:21-cv-09621, 3:21-cv-09622, 3:21-cv-09632, 4:21-cv-09634, 3:21-cv-09642, 4:21-cv-09644, 3:21-cv-09645, 5:21-cv-09646, 3:21-cv-09 5:21-cv-09648; ~~No. 21-cv-06628~~ 3:21-cv-9827

WHEREAS, this Court has entered a number of scheduling orders, including the Amended Case Management and Pretrial Order for Jury Trial in the above-captioned action (the "*Staley* Action") (*see* ECF No. 611), which sets certain deadlines and procedures in that action;

WHEREAS, this court has concluded that *Aetna Inc., v. Gilead Sciences, Inc., et al.*, No. 21-cv-06628; *Blue Cross and Blue Shield of Florida, Inc. et al v. Gilead Sciences, Inc. et al*, Docket No. 3:21-cv-09622 (N.D. Cal.); *Blue Cross and Blue Shield of Florida, Inc. et al v. Teva Pharmaceuticals USA, Inc.*, Docket No. 3:21-cv-09632 (N.D. Cal.); *Blue Cross and Blue Shield of South Carolina, Inc. et al v. Gilead Sciences, Inc. et al*, Docket No. 3:21-cv-09645 (N.D. Cal.); *Blue Cross and Blue Shield of South Carolina, Inc. et al v. Teva Pharmaceuticals USA, Inc.*, Docket No. 4:21-cv-09644 (N.D. Cal.); *Centene Corp. v. Gilead Sciences, Inc. et al*, Docket No. 3:21-cv-09634 (N.D. Cal.); *Centene Corp. v. Teva Pharmaceuticals USA Inc.*, Docket No. 5:21-cv-09648 (N.D. Cal.); *Health Care Service Corporation, a Mutual Legal Reserve Company v. Gilead Sciences, Inc. et al*, Docket No. 5:21-cv-09646 (N.D. Cal.); *Humana Inc. v. Gilead Sciences, Inc. et al*, Docket No. 4:21-cv-09621 (N.D. Cal.)*; Humana Inc. v. Teva Pharmaceuticals USA Inc.*, Docket No. 3:21-cv-09620 (N.D. Cal.)*; Triple-S Salud, Inc., v. Gilead Sciences, Inc. et al*, Docket No. 3:21-cv-09647 (N.D. Cal.)*;* and *Triple-S Salud, Inc., v. Teva Pharmaceuticals USA Inc.*, Docket No. 3:21-cv-09642 (N.D. Cal.) (collectively the "New Direct Action Health Plan Actions") are related to the *Staley* Action (*see* ECF No. 798);

WHEREAS, the Parties[1] (Defendants and New Direct Action Health Plan Plaintiffs, collectively) agree that Defendants shall not be required to respond to the New Direct Action Health Plan Plaintiffs' Complaints until February 16, 2022, and shall have until and including that date to file their motions to dismiss, motions to compel arbitration, or to otherwise respond;

WHEREAS, without admitting any allegations in the Complaint, but for the purposes of this stipulation alone, Defendants agree not to assert any arguments or defenses challenging personal jurisdiction and/or venue in any of the New Direct Action Health Plan Actions, including any actions subsequently remanded to state court.

WHEREAS, the Parties agree to be bound by the terms of the following orders entered in the

---

[1] Aetna Inc. believes its case was improperly removed and intends to promptly move to remand. Aetna reserves all rights to contest the removal of its action and only agrees to be bound by the terms of the prior orders in the *Staley* action if its action is not remanded.

*Staley* Action: (1) the Stipulated Protective Order (ECF No. 196); (2) the Stipulated Privilege Order (ECF No. 197); (3) the Stipulation and Order Regarding the Non-Disclosure of Certain Information Regarding Expert Witnesses (ECF No. 198); (4) the Joint Stipulated Protocol for the Discovery of Electronically Stored Information and Hard Copy Documents (ECF No. 245); (5) the Joint Stipulation and Order Regarding Deposition Protocol (ECF No. 467); (6) the Stipulated Supplemental Protective Order (ECF No. 484); and (7) the Joint Stipulation and Order on Deposition Coordination (ECF No. 571); and

WHEREAS, the Parties agree that, for future filings, parties to the New Direct Action Health Plan Actions shall file all papers on the docket for the *Staley* Action, No. 3:19-cv-02573-EMC, and not on the dockets for the New Direct Action Health Plan Actions, 3:21-cv-09620, 4:21-cv-09621, 3:21-cv-09622, 3:21-cv-09632, 4:21-cv-09634, 3:21-cv-09642, 4:21-cv-09644, 3:21-cv-09645, 5:21-cv-09646, 3:21-cv-09647, and 4:21-cv-09648, so that for the convenience and clarity of the Court and the parties there is a single Master Docket.

THE PARTIES HEREBY STIPULATE, SUBJECT TO COURT APPROVAL THAT:

1. The Master Docket for the Coordinated Actions, including the New Direct Action Health Plan Actions, shall be *Staley, et al. v. Gilead Sciences, Inc.*, et al., No. 3:19-cv-02573-EMC (N.D. Cal).

2. When a pleading is intended to apply to the New Direct Action Health Plan Actions and the Coordinated Actions, this shall be indicated by the words: "This Document Relates to: ALL ACTIONS," in the caption. When a pleading is intended to apply to fewer than all cases, the case name and this Court's docket number for each individual case to which the document relates shall appear immediately after the phrase "This Document Relates to:" in the caption.

3. All papers previously filed in the New Direct Action Health Plan Actions are deemed to be part of the record in the *Staley* Action.

4. The Parties are hereby bound by: (1) the Stipulated Protective Order (ECF No. 196); (2) the Stipulated Privilege Order (ECF No. 197); (3) the Stipulation and Order Regarding the Non-Disclosure of Certain Information Regarding Expert Witnesses (ECF No. 198); (4) the Joint Stipulated Protocol for the Discovery of Electronically Stored Information and Hard Copy Documents (ECF No.

245); (5) the Joint Stipulation and Order Regarding Deposition Protocol (ECF No. 467); (6) the Stipulated Supplemental Protective Order (ECF No. 484); and (7) the Joint Stipulation and Order on Deposition Coordination (ECF No. 571). New Direct Action Health Plan Plaintiffs shall be deemed as "Plaintiffs" as that term is used to refer to the Plaintiffs collectively as a group in the Joint Stipulation and Order Regarding Deposition Protocol (ECF No. 467) and the Joint Stipulation and Order on Deposition Coordination (ECF No. 571). For purposes of discovery from Teva, the New Direct Action Health Plan Plaintiffs shall be bound by the discovery limits set out in the Joint Stipulation and Order on Adoption of Prior Orders in the Retailer Actions (ECF No. 686), with the exception that, to the extent the New Direct Action Health Plan Plaintiffs contend that they need additional discovery beyond those limits, the parties will meet and confer over what additional discovery, if any, is necessary and appropriate.

5. The Parties shall meet and confer in good faith in an effort to agree upon a scheduling order and deadlines to govern the New Direct Action Health Plan Actions, reasonable deadlines for the purpose of completing discovery of New Direct Action Health Plan Plaintiffs and any additional discovery needs of New Direct Action Health Plan Plaintiffs that do not otherwise impact the overall schedule, and agree to work together to move the New Direct Action Health Plan Actions forward expeditiously and in coordination with the *Staley* Action.

6. Defendants shall be deemed to have been served with the Complaints in the New Direct Action Health Plan Actions as of the date of this Stipulation and Proposed Order, and Defendants shall have until February 16, 2022, to answer, move, or otherwise respond to the New Direct Action Health Plan Plaintiffs' Complaints, and as to the Aetna Complaint where Aetna has filed a motion to remand, for their time to answer, move or otherwise respond, Defendants shall have until 30 days after a ruling on Aetna's motion, or such other time as the parties may agree.

It is so stipulated, through counsel of record.

Respectfully submitted,

Dated: January 27, 2022  BERRY SILBERBERG STOKES PC

By: /s/ *Joshua C. Stokes*

| | |
|---|---|
| 1 | BERRY SILBERBERG STOKES PC |
| | JOSHUA C. STOKES, State Bar No. 220214 |
| 2 | CAROL M. SILBERBERG, State No. 217658 |
| | 6080 Center Drive, Sixth Floor |
| 3 | Los Angeles, CA 90045 |
| | Telephone: (213) 986-2690 |
| 4 | Facsimile: (213) 986-2677 |
| | jstokes@berrysilberberg.com |
| 5 | csilberberg@berrysilberberg.com |

*Attorneys for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; and Triple-S Salud, Inc.*

Dated:  January 27, 2022          By:  CROWELL & MORING LLP

    */s/ Daniel A. Sasse*
    Daniel A. Sasse
    Joanna M. Fuller
    Tiffanie L. McDowell
    CROWELL & MORING LLP
    3 Park Plaza, 20th Floor
    Irvine, CA 92614
    Telephone: (949) 263-8400
    Facsimile: (949) 263-8414
    DSasse@crowell.com
    JFuller@crowell.com
    TMcDowell@crowell.com

    Kent A. Gardiner (pro hac vice forthcoming)
    CROWELL & MORNING LLP
    1001 Pennsylvania Avenue NW
    Washington, D.C. 20004
    Telephone: (202) 624-2500
    Facsimile: (202) 628-5116
    KGardiner@crowell.com

Dated:  January 27, 2022          WHITE & CASE LLP

                    By:  */s/ Heather M. Burke*
                         Heather M. Burke (SBN 284100)
                         Jeremy K. Ostrander (SBN 233489)

- 4 -
JOINT STIPULATION AND [PROPOSED] ORDER ON ADOPTION OF PRIOR ORDERS
CASE NO: 3:19-CV-02573-EMC

|    |    |    |
|----|----|----|
| 1  |    | **WHITE & CASE** LLP |
| 2  |    | 3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109 |
| 3  |    | Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158 |
| 4  |    | hburke@whitecase.com<br>jostrander@whitecase.com |

1
2
3
4
5   Christopher M. Curran (*pro hac vice*)
    Peter J. Carney (*pro hac vice*)
6   **WHITE & CASE** LLP
    701 Thirteenth Street, NW
7   Washington, District of Columbia 20005-3807
    Telephone: (202) 626-3600
8   Facsimile: (202) 639-9355
    ccurran@whitecase.com
9   pcarney@whitecase.com

10  Heather K. McDevitt (*pro hac vice*)
    Bryan D. Gant (*pro hac vice*)
11  Kristen O'Shaughnessy (*pro hac vice*)
    Michael E. Hamburger (*pro hac vice*)
12  Raj S. Gandesha (*pro hac vice*)
    **WHITE & CASE** LLP
13  1221 Avenue of the Americas
    New York, New York 10020
14  Telephone: (212) 819-8200
    Facsimile: (212) 354-8113
15  hmcdevitt@whitecase.com
    bgant@whitecase.com
16  kristen.oshaughnessy@whitecase.com
    michael.hamburger@whitecase.com
17  rgandesha@whitecase.com

18  Attorneys for Defendants Gilead Sciences, Inc.,
    Gilead Holdings, LLC, Gilead Sciences, LLC, and
19  Gilead Sciences Ireland UC

20  Dated:   January 27, 2022          FAEGRE DRINKER BIDDLE & REATH LLP

21
                                 By:   /s/ Paul J. Riehle
22                                     Paul J. Riehle (SBN 115199)
                                       paul.riehle@faegredrinker.com
23                                     Four Embarcadero Center, 27th Floor
                                       San Francisco, CA 94111
24
                                       FAEGRE DRINKER BIDDLE & REATH LLP
25                                     Paul H. Saint-Antoine (*pro hac vice*)
                                       paul.saint-antoine@faegredrinker.com
26                                     Joanne C. Lewers (*pro hac vice*)
                                       joanne.lewers@faegredrinker.com
27                                     One Logan Square, Ste. 2000
                                       Philadelphia, PA 19103
28

|   |   |   |
|---|---|---|
| | | *Attorneys for Defendants Janssen R&D Ireland, Janssen Products, LP and Johnson & Johnson* |
| Dated: | January 27, 2022 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | By: | */s/ Daniel B. Asimow* |

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel B. Asimow (SBN 165661)
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

LAURA S. SHORES (*pro hac vice*)
JAMES L. COOPER (*pro hac vice*)
ANNE P. DAVIS (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202.942.5000
Facsimile: 202.942.4999
Email: laura.shores@arnoldporter.com
Email: james.cooper@arnoldporter.com
Email: anne.davis@arnoldporter.com

Attorneys for Defendants
BRISTOL-MYERS SQUIBB COMPANY &
E. R. SQUIBB & SONS, L.L.C.

Dated:   January 27, 2022        GOODWIN PROCTER LLP

By:   */s/ Christopher T. Holding*
Christopher T. Holding (pro hac vice forthcoming)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email:  CHolding@goodwinlaw.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and good cause therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 31, 2022

Hon. Edward M. Chen
United States District Judge